IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> AFFORDABLE COMFORT CONSTRUCTION/HVAC, INC., <br><br> Defendant. | Civil Action No. 1:14-cv-849 (AJT/JFA) |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 13) of the Magistrate Judge recommending that default judgment be entered against defendant Affordable Comfort Construction/HVAC, Inc., in favor of plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund in the amount of $436,520.57, including withdrawal liability in the amount of $341,679.20, liquidated damages in the amount of $68,335.84, accrued interest in the amount of $20,648.98, attorneys' fees in the amount of $5,039.00, and costs in the amount of $817.55.

The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiff's Motion for Default Judgment (Doc. No. 7) be, and the same hereby is, GRANTED; it is further

ORDERED that default judgment be, and the same hereby is, entered against defendant Affordable Comfort Construction/HVAC, Inc., in favor of plaintiff the Board of Trustees, Sheet

Metal Workers' National Pension Fund ("NPF") in the amounts of $341,679.20 in withdrawal liability; $68,335.84 in liquidated damages; and $20,648.98 in accrued interest, plus interest accruing from the date of judgment until paid; and it is further

ORDERED that judgment be, and the same hereby is, entered against defendant Affordable Comfort Construction/HVAC, Inc. in favor of plaintiff NPF in the amounts of $5,039.00 in attorneys' fees and $817.55 in costs.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to:

>Affordable Comfort Construction/HVAC, Inc.
>James O. Johnson, Jr., Registered Agent
>500 West Taft Drive, Suite 500
>South Holland, IL 60473

>and

>Affordable Comfort Construction/HVAC, Inc.,
>James O. Johnson, Jr., Registered Agent
>500 W. 167th Street, Suite 500
>South Holland, IL 60473

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 30, 2014